UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIC GIVIHAN,

    Plaintiff,                 Case No. 1:19-CV-278

v.                                    Hon. Ray Kent

JIAN LONG SHI and FUN BUS, INC.,

    Defendants.

_____/

**ORDER STAYING CASE**

A telephone Rule 16 Scheduling Conference was set before the undersigned this date. Based upon discussions with the parties, the Court hereby **STAYS** all proceedings in the case until after the completion of plaintiff's deposition. Plaintiff shall appear for his deposition within the next 30 days. Should plaintiff fail to appear within that time, the Court will schedule a hearing at which plaintiff will be ordered to appear and show cause why his case should not be dismissed for want of prosecution.

The Rule 16 Scheduling Conference is continued without date.

**IT IS SO ORDERED.**

Dated: August 20, 2019                  /s/ Ray Kent
                                                  RAY KENT
                                                  United States Magistrate Judge